UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

---

GENE ALFRED PALMER, II,

        Plaintiff,

    v.

KING COUNTY, et al.,

        Defendants.

No. C19-1777RSL

ORDER TO SHOW CAUSE

---

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on November 1, 2019. To date, service of the summons and complaint has not been made on defendants as required by Fed. R. Civ. P. 4(c) - (m). The Declaration of Service at Dkt. # 6, does not constitute service per the Civil Rules. Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than February 27, 2020. The Clerk of Court is directed to note this Order to Show Cause on the Court's calendar for February 28, 2020.

DATED this 5th day of February, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE